UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GEORGE HALKIAS, on behalf of himself
and all others similarly situated,

                Plaintiff,                      Case No. 15 Civ. 6397

     v.

184 3RD AVENUE RESTAURANT CORP.         MEMO-ENDORSED
d/b/a GRAMERCY CAFÉ, and ELIAS
NEOFOTISTOS,

                Defendants.
---------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
       December 16, 2015

For the Plaintiff:                           For the Defendants:
JOSEPH & KIRSCHENBAUM           LAW OFFICE OF A. KOUTSOUDAKIS, PLLC

By: _____         By: _____
Denise A. Schulman                        Andreas Koutsoudakis, Esq.
Attorneys for Plaintiff                    Attorneys for Defendants
32 Broadway, Suite 601               51 Shiloh Street
New York, New York 10004          Staten Island, NY 10314

In this Fair Labor Standards Act case, the parties have submitted their proposed settlement agreement. (Dkt No. 18-1.) Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved. Accordingly, this action is DISMISSED with prejudice.

So Ordered         Jan. 5, 2016

_____
J. PAUL OETKEN
United States District Judge